UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | Criminal 07 - 254 |
| | * | |
| vs. | * | |
| | * | |
| RICHARD G. FERCHAK, | * | |
| Defendant. | * | |

## ORDER

AND NOW, THIS 22nd day of Dec, 2007, the *Consented To Motion To Return Money Deposited With Clerk Of Courts* is hereby GRANTED. The Clerk of Courts shall forthwith issue a check for $25,000 to Richard Ferchak in care of his attorney, David B. Chontos at 561 Beulah Road, Turtle Creek, PA 15145-1317.

BY THE COURT:

_____
Gary L. Lancaster
U.S. District Court Judge